## (October 29, 1975)

■ In the Matter of DANIEL C. MOONEY et al., Appellants, v ISABEL DODD et al., Constituting the Board of Elections of Nassau County, Respondents.— In a proceeding to compel respondents to segregate and retain all absentee and military ballots for the general election to be held on November 4, 1975, the appeal is from a judgment of the Supreme Court, Nassau County, dated October 28, 1975, which denied the application. Judgment affirmed, without costs. In view of the imminence of the election, we feel that the discretion exercised by Special Term was correct. Latham, Acting P. J., Cohalan, Margett, Munder and Shapiro, JJ., concur.

## (October 31, 1975)

■ In the Matter of ANITA DIECKMANN et al., Respondents, v PHILIP C. SCHIFFMAN, Appellant.—In a proceeding to invalidate a petition nominating appellant as a candidate of the Concerned Independent Party in the general election to be held on November 4, 1975 for the public office of Town Justice of the Town of Blooming Grove, the appeal is from a judgment of the Supreme Court, Orange County, dated October 28, 1975, which granted the application. Judgment affirmed, without costs, on the opinion at Special Term. Martuscello, Acting P. J., Brennan, Munder and Shapiro, JJ., concur.

■ JOE E. MOSES, Appellant, v BOARD OF ELECTIONS OF THE COUNTY OF NASSAU et al., Respondents.—In a proceeding to validate a petition nominating appellant as a candidate of the People's Choice Independent Party in the general election to be held on November 4, 1975 for the public office of City Councilman of the City of Long Beach, the appeal is from a judgment of the Supreme Court, Nassau County, dated October 30, 1975, which dismissed the petition in the proceeding. Judgment affirmed, without costs (Election Law, § 330). Martuscello, Acting P. J., Brennan, Munder and Shapiro, JJ., concur.

■ In the Matter of MILDRED GUARNIERI, Appellant, v EVERETT J. McNAB et al., Constituting the Board of Elections of Suffolk County, et al., Respondents.—In a proceeding inter alia to invalidate petitions nominating Rockwell D. Colaneri and others as candidates of the Independent Alliance Party in the general election to be held on November 4, 1975 for various public offices in the Town of Brookhaven, the appeal is from a judgment of the Supreme Court, Suffolk County, entered October 30, 1975, which denied the application, except that it granted "the relief requested under section 248 of the Election Law." Judgment affirmed (Matter of Di Crocco v Power, 12 NY2d 762). While former section 138 of the Election Law was repealed and a new and present section 138 was at the same time enacted by the Laws of 1971 (ch 1093, § 1), subdivision 6 of the former section 138 was substantially the same as the new and present subdivision 10. Martuscello, Acting P. J., Brennan, Munder and Shapiro, JJ., concur.